**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01655-CV

### LULLY'S INC. D/B/A/ THE RIGHT ONE, Appellant

### V.

### MELANIE MATTOON, ET AL., ON BEHALF OF THEMSELVES
### AND OTHERS SIMILARLY SITUATED, Appellees

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-03363

## ORDER

The Court has before it appellant's March 18, 2013 agreed motion to abate appeal. The

Court **GRANTS** the motion and **ORDERS** this appeal abated for 180 days or until further order

of this Court.

/s/    ELIZABETH LANG-MIERS
         JUSTICE